Eric J. Farber (SBN 169472)
Kevin F. Rooney (SBN 184096)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

JS-6

Attorneys for Plaintiffs:
Amaru Entertainment, Inc. and
Amaru-AWA Merchandising, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., a Delaware Corporation; and, AMARU-AWA MERCHANDISING, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>REZA FALATOON, an individual and doing business as ROCK TOWN; ROCK TOWN, a California Business Entity exact form unknown; and, Does 1 to 10,<br><br>　　　　　Defendants. | Case No.:  2:08-cv-03317-FMC-CTx<br><br>**JUDGMENT** |

　　　Plaintiffs Amaru Entertainment, Inc. and Amaru-AWA Merchandising, Inc.'s ("Plaintiffs") Application for Default Judgment ("Application") was set for hearing on December 15, 2008.  The court having read and considered all evidence in support of the Application and no opposition having been filed, no hearing being necessary and good cause appearing,

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

6012.002/00066835　　　　　1　　　　　**[PROPOSED] JUDGMENT**
*Amaru Enterainment, Inc. et al. v. Falatoon et al..;*
Case No.  CV08-03317 FMC-CT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs recover the sum of $156,600 from defendants REZA FALATOON, an individual and doing business as and as the alter ego of ROCK TOWN, and ROCK TOWN, a California business entity exact form unknown.

DATED: December 8, 2008     _____

                                          United States District Judge

Pinnacle Law Group LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

6012.002/00066835     2     **[PROPOSED] JUDGMENT**
*Amaru Enterainment, Inc. et al. v. Falatoon et al..;*
Case No. CV08-03317 FMC-CT